WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ZILA NUTRACEUTICALS, INC., an Arizona corporation, | **No. CV 06-1958-PHX-SMM** |
| Plaintiff, | ORDER |
| v. | |
| NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation, | |
| Defendants. | |

Having considered and reviewed the Stipulated Motion for an Extension of Time to Answer the First Amended Complaint, filed by Defendants Nature's Way Products, Inc. and The C Group, Inc., and Plaintiff Zila Nutraceuticals, Inc. (dkt. 10), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion for an Extension of Time to Answer the First Amended Complaint. (Dkt. 10.)

**IT IS FURTHER ORDERED** that Defendants shall have until September 14, 2006 to file an answer or other responsive pleading to Plaintiff's First Amended Complaint.

DATED this 11th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853