WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ZILA NUTRACEUTICALS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation,<br><br>Defendants. | **No. CV 06-1958-PHX-SMM**<br><br>ORDER |

Pending before the Court is Plaintiff Zila Nutraceuticals, Inc.'s ("Zila") Motion for Leave to File Paper Exhibits in support of its Motion for Preliminary Injunction. (Dkt. 12.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Zila's Motion for Leave to File Paper Exhibits in support of its Motion for Preliminary Injunction. (Dkt. 12.)

**IT IS FURTHER ORDERED** that Zila shall be permitted to file exhibits 2 through 4 to its Motion for Preliminary Injunction in paper form. Zila shall present a copy of this Order to the Court's docketing staff at the time of filing the paper exhibits.

DATED this 12th day of September, 2006.

Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853