WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ZILA NUTRACEUTICALS, INC., an Arizona corporation, | **No. CV 06-1958-PHX-SMM** |
| Plaintiff, | ORDER |
| v. | |
| NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation, | |
| Defendants. | |

Pending before the Court is the parties' Stipulation that Defendants Nature's Way Products' and The C Group's Opposition to Zila Nutraceuticals' motion for preliminary injunction shall be due on October 2, 2006. (Dkt. 29.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation that Defendants' Opposition to Plaintiff's motion for preliminary injunction shall be due on October 2, 2006. (Dkt. 29.)

DATED this 25th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853