1  WO

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8  ZILA NUTRACEUTICALS, INC., an Arizona
   corporation,                                    **No. CV 06-1958-PHX-SMM**

9
                    Plaintiff,                             ORDER
10
   v.
11
   NATURE'S WAY PRODUCTS, INC., a Utah
12 corporation; THE C GROUP, INC., an Arizona
   corporation,
13
                    Defendants.
14

15        Pending before the Court is the parties' Stipulation that Plaintiff Zila Nutraceuticals'

16 responses to Defendant Nature's Way Products, Inc.'s Motion to Stay and Defendant The C

17 Group Inc.'s Motion to Dismiss be extended to October 9, 2006.  (Dkt. 35.) For good cause

18 shown,

19        **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to extend the time

20 for Plaintiff to file its responses to October 9, 2006.  (Dkt. 35.)

21        **IT IS FURTHER ORDERED** that Zila Nutraceuticals, Inc. shall file its responses to

22 Defendant Nature's Way Products, Inc.'s Motion to Stay and Defendant The C Group Inc.'s

23 Motion to Dismiss no later than October 9, 2006.

24        DATED this 4th day of October, 2006.

25

26                                          Stephen M. McNamee
                                            United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853