1  WO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| ZILA NUTRACEUTICALS, INC., an Arizona corporation, | No. CV 06-1958-PHX-SMM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation, | |
| Defendants. | |

Pending before the Court is the parties' Stipulation that Plaintiff shall have until October 20, 2006 in which to file its reply in support of its Motion for Preliminary Injunction. (Dkt. 43.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to extend the time for Plaintiff to file its reply in support of its Motion for Preliminary Injunction. (Dkt. 43.)

**IT IS FURTHER ORDERED** that Plaintiff shall file its reply in support of its Motion for Preliminary Injunction no later than October 20, 2006.

DATED this 13th day of October, 2006.

Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853