**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Zila Nutraceuticals, Inc., | ) | No. CV-06-1958-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Nature's Way Products, Inc. and The C Group, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is a Motion to Reschedule the Rule 16 Preliminary Pretrial Conference Currently Set for November 3, 2006, filed by Defendants Nature's Way Products, Inc. and The C Group, Inc. (collectively, "Defendants") (Dkt. 45.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion to Reschedule the Rule 16 Preliminary Pretrial Conference Currently Set for November 3, 2006. (Dkt. 45.)

**IT IS FURTHER ORDERED VACATING** the parties' Rule 16 Preliminary Pretrial Conference set to take place on November 3, 2006.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, the parties' Preliminary Pretrial Conference is set for November 6, 2006 at 2:00 p.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

/ / /

1 **IT IS FURTHER ORDERED** that, with the exception of the date and time change approved above, the parties shall comply with all other requirements set forth in the Order Setting Rule 16 Preliminary Pretrial Conference issued by the Court on October 12, 2006. See Dkt. 42.

DATED this 19th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge