**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zila Nutraceuticals, Inc., an Arizona corporation, | NO. CV 06-1958-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Nature's Way Products, Inc., a Utah corporation; The C Group, Inc., an Arizona corporation, | |
| Defendants. | |

Pursuant to Plaintiff's Second Motion for an Extension of Time to File its Reply in support of its Motion for Preliminary Injunction (dkt. 49) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Second Motion for an Extension of Time to File its Reply in support of its Motion for Preliminary Injunction. (Dkt. 49.)

**IT IS FURTHER ORDERED** that Plaintiff shall file its Reply in support of its Motion for Preliminary Injunction no later than October 25, 2006.

Dated this 23rd day of October, 2006.

Stephen M. McNamee
United States District Judge

*327686699v1*