WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ZILA NUTRACEUTICALS, INC., an Arizona corporation,<br><br>            Plaintiff,<br><br>v.<br><br>NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation,<br><br>            Defendants. | **No. CV 06-1958-PHX-SMM**<br><br>ORDER |

Pending before the Court is the parties' Stipulation that Defendants Nature's Way Products' and The C Group's Reply in Support of Defendants' Motion for Court to Require Zila to Post a Bond Prior to Entry of a Preliminary Injunction shall be due on November 1, 2006. (Dkt. 55.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation that Defendants' Reply in Support of Defendants' Motion for Court to Require Zila to Post a Bond Prior to Entry of a Preliminary Injunction shall be due on November 1, 2006. (Dkt. 55.)

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853