**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE ESTER C COMPANY, an Arizona corporation, | **No. CV 06-1958-PCT-SMM** |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINES** |
| NATURE'S WAY PRODUCTS, INC., a Utah corporation; THE C GROUP, INC., an Arizona corporation, | |
| Defendants. | |

The Court has received and considered the parties' stipulation to extend certain deadlines set forth in the Court's December 18, 2006 preliminary injunction scheduling order.   (Dkt. 112.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation.  (Dkt. 112.)

**IT IS FURTHER ORDERED** that the Court's December 18, 2006 Order is modified and amended, in part, as follows:

A.   The parties' responses to written discovery requests, including documents, shall be produced no later than January 19, 2007;

B.   The Ester C Company shall produce its expert reports no later than February 9, 2007;

C.   Defendants shall produce their rebuttal expert reports no later than February 23, 2007;

D.   Depositions may begin on January 22, 2007;

E.   All depositions shall be completed no later than March 23, 2007;

F.   Defendants may file their supplemental briefs no later than March 30, 2007;

G.   The parties shall file Proposed Findings of Fact and Conclusions of Law no later than March 30, 2007

   **IT IS FUTHER ORDERED** that except for the modified dates above, the December 18, 2006 Order (dkt. 107) remains in full force and effect.

   Dated this 16th day of January, 2007.


Stephen M. McNamee
United States District Judge