**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Ester C Company, | ) | No. CV-06-1958-PCT-SMM |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| Nature's Way Products, Inc. and The C Group, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

Having received the parties' Stipulation of Dismissal With Prejudice (dkt. 115), filed with this Court on January 26, 2007, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation of Dismissal With Prejudice. (Dkt. 115.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, without the payment of costs or fees by either side to the other.

**IT IS FURTHER ORDERED VACATING** the Preliminary Injunction Hearing scheduled to take place on April 10 and April 11, 2007 and all other deadlines in the case.

DATED this 1st day of February, 2007.

_____
Stephen M. McNamee
United States District Judge